DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAYMOND EDWARD DOWDY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-cr-00290 AWI |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER THEREON |
| v. | |
| RAYMOND EDWARD DOWDY, | Date : February 19, 2008 |
| *Defendant.* | Time: 9:00 a.m. |
| | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for  January 22, 2008, may be continued to **February 19, 2008 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for the defense investigation prior to the hearing.   The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                    McGREGOR W. SCOTT
                                    United States Attorney

DATED: January 14, 2008          /s/ Kimberly A. Sanchez
                                    KIMBERLY A. SANCHEZ
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: January 14, 2008          /s/ Carrie S. Leonetti
                                    CARRIE S. LEONETTI
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    Raymond Edward Dowdy

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:**   **January 16, 2008**          **/s/ Anthony W. Ishii**
                                    UNITED STATES DISTRICT JUDGE