DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAYMOND EDWARD DOWDY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-cr-00290 AWI |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER THEREON |
| v. | |
| RAYMOND EDWARD DOWDY, | Date :  April 28, 2008 |
| *Defendant.* | Time:  9:00 a.m. |
| | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for March 31, 2008, **may be continued to April 28, 2008 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for on-going defense investigation.   The requested continuance will conserve time and resources for all parties and the court.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                              McGREGOR W. SCOTT
                                              United States Attorney

DATED: March 27, 2008                    /s/ Kimberly A. Sanchez
                                              KIMBERLY A. SANCHEZ
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: March 27, 2008                    /s/ Carrie S. Leonetti
                                              CARRIE S. LEONETTI
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              Raymond Edward Dowdy

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:    March 27, 2008**                    /s/ Anthony W. Ishii
                                              UNITED STATES DISTRICT JUDGE