DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAYMOND EDWARD DOWDY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:07-cr-00290 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; |
| v. ) | ORDER THEREON |
| ) | |
| RAYMOND EDWARD DOWDY, ) | Date : March 16, 2009 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Anthony W. Ishii |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for February 23, 2009, **may be continued to March 16, 2009, at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense preparation and to allow the parties additional time to meet and confer prior to the hearing. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice, including but not limited to, the need for the period of time set forth herein for further defense
3   preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: February 19, 2009        /s/ Karen Escobar
                                KAREN ESCOBAR
                                Assistant United States Attorney
                                Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: February 19, 2009        /s/ Marc Days
                                MARC DAYS
                                Assistant Federal Defender
                                Attorney for Defendant
                                Raymond Edward Dowdy

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   February 20, 2009**        /s/ Anthony W. Ishii
                                      CHIEF UNITED STATES DISTRICT JUDGE